# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

In the Matter of the Search of

A USPS Express Mail parcel with tracking number EI522160966US addressed to "Anita Sgarro, 401 E. Las Olas Blvd., Suite 130-516, Fort Lauderdale FL 33301" and containing the return address "Steven Noak, PO Box 72, Embarrass WI 54933"

Case Number: 13 m 634



USDC EDWI
FILED IN GREEN BAY DIV

JUN - 7 2013

AT_____ O'CLOCK_____M
JON W. SANFILIPPO

TO: Any authorized officer of the United States:

## SEARCH AND SEIZURE WARRANT

TO: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

**A USPS Express Mail parcel with tracking number EI522160966US addressed to "Anita Sgarro, 401 E. Las Olas Blvd., Suite 130-516, Fort Lauderdale FL 33301" and containing the return address "Steven Noak, PO Box 72, Embarrass WI 54933"**

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. Sections 841(a)(1), 843(b), and 844(a).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before 6-10-13, 2013
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge James R. Sickel.

Date and time issued  5/29/2013; 12:33 a.m./p.m.

Judge's signature

City and state: Green Bay, Wisconsin

THE HONORABLE JAMES R. SICKEL
United States Magistrate Judge
*Name & Title of Judicial Officer*

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 13-M-634 | May 29, 2013 at 4:39 PM | USPS |

Inventory made in the presence of
SA Brian Liethen, WI DCI

Inventory of person or property taken and name of any person(s) seized:

No items of evidentiary value were located. The parcel was resealed and returned to the mail stream for delivery to the addressee.

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: JUNE 7, 2013

*(Executing officer's signature)*

Subscribed, sworn to, and returned before me this date.

MATT SCHMITZ, US POSTAL INSPECTOR
*(Printed name and title)*

6-7-13
*(Date)*

*(U.S. Judge or Magistrate Judge)*